UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>0.344 ACRES OF LAND, MORE OR LESS )<br>SITUATE IN MAVERICK COUNTY, )<br>STATE OF TEXAS; and CELIA MARTINEZ )<br>A/K/A CELIA MUNOZ DE MARTINEZ, ET AL., )<br>)<br>　　Defendants. ) | Civil No. DR-09-CA-027-AML |

## UNOPPOSED MOTION FOR ENTRY OF POSSESSION ORDER

Now comes the United States of America, the Plaintiff herein, and moves this Honorable Court for entry of the attached order requiring Celia Martinez a/k/a Celia Munoz De Martinez and any and all persons in possession or control of the property described in the Complaint filed herein to surrender possession of the said property, to the extent of the estate to be condemned, to the Plaintiff on May 26, 2009.

This motion and order were discussed with Mr. Roy C. Brandys, attorney for the defendant Celia Martinez, owner of the premises, and Mr. Brandys authorized the undersigned to advise the Court that his client does not oppose entry of this order.

-1-

WHEREFORE, Plaintiff United States of America requests the Court enter the attached order awarding immediate possession to the United States of America.

                JOHN E. MURPHY
                ACTING UNITED STATES ATTORNEY

BY:   /s/ Harold E. Brown, Jr.
        HAROLD E. BROWN, JR.
        Assistant United States Attorney
        Okla. Bar No. 1192
        601 NW Loop 410, Suite 600
        San Antonio, Texas 78216
        (210) 384-7320
        (210) 384-7312
        Harold.Brown@usdoj.gov

        KRISTY K. CALLAHAN
        Assistant United States Attorney
        California Bar No. 237322
        601 NW Loop 410, Suite 600
        San Antonio, Texas 78216
        (210) 384-7320
        (210) 384-7312
        Kristy.Callahan@usdoj.gov

        ATTORNEYS FOR PLAINTIFF
        UNITED STATES OF AMERICA